# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN M. WOOMER,** | : | **CIVIL ACTION NO. 1:04-CV-1386** |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **JO ANNE BARNHART,** | : | |
| | : | |
| **Defendant** | : | |

### **ORDER**

AND NOW, this 15th day of July, 2005, upon consideration of the report and recommendation of the magistrate judge (Doc. 12), to which no objections were filed, and following an independent review of the record, it is hereby ORDERED that the report and recommendation of the magistrate judge (Doc. 12) is ADOPTED and that this case is REMANDED to the Commissioner of Social Security for further consideration of plaintiff's claim for social security benefits in light thereof. The Clerk of Court is directed to CLOSE this file.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge